AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carey, Kevin J. | United States Bankruptcy Court for the District of Delaware | 07/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Member, Board of Directors | American Bankruptcy Institute |
| 3. | Member, Board of Trustees, Executive Board | Turnaround Management Association |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Matthew Bender & Company, Inc. (Lexis/Nexis) Contribution Author to Collier Forms Manual and Treatise | $12,000.00 |
| 2. | 2016 | St. John's University (teaching) | $7,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ▨ LLC (Wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Conference | January 21-22, 2016 | Atlantic City, NJ | Conference Attendee | Lodging, Other Meals, Mileage, Program Fee (including reception and meals) |
| 2. | M&A Advisors | January 27-29, 2016 | Palm, Beach, FL | Distressed Investing Think Tank Summit (Panelist) | Airfare, Lodging, Other Meals, Airport and Hotel Parking, Program Fee (including reception and meals) |
| 3. | Turnaround Managemenet Association | February 16-19, 2016 | Las Vegas, NV | Distressed Investing Conference (Planning Committee, Board Meeting and Panelist) | Airfare, Lodging, Other Meals, Airport Parking, Program Fee (including reception and meals) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carey, Kevin J. | 07/10/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | St. John's Law School | February 25-27, 2016 | New York, NY | LLM Class (Adjunct Instructor) | Amtrak Fare, Lodging, Meals, Local Transportation, Train Station Parking |
| 5. | Bloomberg Presentation | March 29-30, 2016 | New York, NY | Panelist | Amtrak Fare, Lodging, Meals, Local Transportation, Train Station Parking |
| 6. | American Bankruptcy Institute | April 14-17, 2016 | Washington, DC | Annual Spring Meeting (Board Member and Panelist) | Lodging, Other Meals, Mileage, Tolls, Hotel Parking, Program Fee (including reception and meals) |
| 7. | Turnaround Management Association | May 4-6, 2016 | Chicago, IL | Executive Board Meeting (Board Member) | Airfare, Lodging, Meals, Local Transportation, Airport Parking |
| 8. | American Bankruptcy Institute | May 11-12, 2016 | New York, NY | New York City Bankruptcy Conference (Panelist) | Amtrak Fare, Lodging, Meals, Local Transportation; Train Station Parking |
| 9. | Turnaround Management Association | June 7-8, 206 | Atlantic City, NJ | Mid-Atlantic Symposium (Panelist) | Lodging, Other Meal, Hotel Parking, Mileage, Tolls, Program Fee (including reception and meals) |
| 10. | Association of Insolvency and Restructuring Advisors | June 9-12, 2016 | Coronado, CA | Annual Convention (Panelist) | Airfare, Lodging, Other Meals, Local Transportation, Airport Parking, Program Fee (including reception and meals) |
| 11. | American Bankruptcy Institute | August 4-6, 2016 | Cambridge, MD | Mid-Atlantic Bankruptcy Workshop (Panelist) | Lodging, Mileage, Tolls, Resort Fee, Program Fee (including reception and meals) |
| 12. | Turnaround Management Association | August 31-September 2, 2016 | Mexico City, Mexico | Mexico City Chapter Orientation and Meeting | Airfare, Lodging, Meals, Airport Parking |
| 13. | Turnaround Management Association | September 8-10, 2016 | Chicago, IL | Nominating Committee Meeting (Committee Chairperson) | Airfare, Lodging, Meals |
| 14. | Turnaround Management Association | September 9-17, 2016 | Sydney, Australia | Asia-Pacific Conference (Speaker) | Airfare, Lodging, Other Meals, Local Transportation; Airport Parking; Program Fee (including reception and meals) |
| 15. | American Bankruptcy Institute | October 6-7, 2016 | Washington, DC | Georgetown Views from the Bench (Panelist) | Amtrak Fare, Lodging, Other Meals, Train Station Parking, Program Fee (including meals) |
| 16. | St. John's University | October 13-16, 2016 | New York, NY | LLM Class (Adjunct Instructor) | Amtrak Fare, Lodging, Meals, Local Transportation, Train Station Parking |
| 17. | Turnaround Management Association | November 1-4, 2016 | Lake Buena Vista, CA | Annual Conference (Panelist) | Airfare, Lodging, Other Meals, Airport Parking, Program Fee (including reception and meals) |
| 18. | Association of Insolvency and Restructuring Advisors | November 14, 2016 | New York, NY | (Panelist) | Amtrak Fare, Train Station Parking, Program Fee (incuding reception and meals) |
| 19. | American Bankruptcy Institute | December 1-3, 2016 | Rancho Palos Verdes, CA | Winter Leadership Conference (Panelist) | Airfare, Lodging, Car Rental, Airport Parking, Program Fee (including reception and meals) |
| 20. | American College of Bankruptcy | December 15-16, 2016 | Washington, DC | Fourth Circuit Program (Panelist) | Amtrak Fare, Lodging, Meals, Local Transportation, Train Station Parking |
| 21. | | | | | |
| 22. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/10/2017 |

23. _____ _____ _____ _____ _____

24. _____ _____ _____ _____ _____

25. _____ _____ _____ _____ _____

26. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank VISA | Credit Card | J |
| 2. | American Express Optima | Credit Card | K |
| 3. | Aviant Master Card (formerly Barclaycard) | Credit Card | J |
| 4. | American Express | Credit Card | K |
| 5. | TD Bank | Credit Card | J |
| 6. | Sears | Credit Card | J |
| 7. | Navient | Student Loans | K |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Carey, Kevin J. | 07/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. _____ LLC 401(k)- Investments Trustee directed | C | Dividend | M | T | | | | | |
| 2. Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI Liabilities

1.  From 2015 Disclosure -- FIA Card Services (formerly Wachovia) - no longer reportable

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/10/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kevin J. Carey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544